IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| SAMMY J. TICE, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 09-BE-11-NE |
| ATTORNEY GENERAL FOR THE STATE OF ALABAMA; BETINA CARTER, WARDEN, DECATUR WORK RELEASE CENTER, | ) ) ) |
| Respondents. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed a superseding findings and recommendation on October 15, 2009, recommending that the petition for writ of habeas corpus be DENIED. The parties were allowed fifteen days from the entry date of the recommendation in which to file objections. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, the court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the petition for writ of habeas corpus is due to be DENIED. A Final Judgment will be entered simultaneously.

DONE and ORDERED this 10th day of November 2009.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE